**RECEIVED**
Court of Appeals

JAN 1 4 2015

Lisa Matz
Clerk, 5th District
Court of Appeals

Re: Court of Appeals Number 05-14-00139-CR
Trial Court Case Number F-0724608-L

Reginald Doney Thompson

V.

The State of Texas

In the Court of Appeals

Dallas Division

Fifth District of Texas

Request for a 60 Day Extention of Time
to File A Petition for Discretionary Review

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

To the Honorable Judge of the Court:

Now Comes Reginald Doney Thompson the Appellant in the Above cause pursuant to Rule 68.02 and Respectfully request A 60 Day Extention of time needed to prepare the Petition for Discretionary Review be so Ordered. And In Support of this motion Appellant would show this Court the following:

I.

On December 15, 2014, Appellants conviction was Affirmed by the Fifth court of Appeals in Cause No. 05-14-00139 Styled: Reginald Doney Thompson v. The State of Texas.

II.

The Present deadline for filing A Petition for Discretionary Review is January 15, 2015, Appell

**FILED IN**
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

Respectfully requests And 60 Day Extension of Time until March 15, 2015.

## III

The Appellant now filing Pro SE certifies that the the Record will Show that No Previous extensions were Requested or Granted to Him and that the time Requested is not privileged but material to Adequate preparing the Petition consistent with the Law.

Wherefore Premises considered the Appellant respectfully prays that this Honorable Court will Grant the Request for A 60 day Extension of time this 11 day of January 2015

Respectfully Submitted

Reginald Thompson

Pro' SE

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

## Unsworn Declaration
*(Texas Civil Practice and Remedies Code, Section 132.001)*

My name is: __Reginald__ __Donely__ __Thompson__,
          *First*                *Middle*                   *Last*

my date of birth is: __1__ / __6__ / __1487__, and
               *Month*   *Day*   *Year*

my address is: __1620 FM 3344__   __Jacksboro__   __Texas__   __76458__
           *Street Address*            *City*          *State*       *Zip Code*

and __Jack__.
    *Country*

My email address is __N/A__.

---

*(If you are incarcerated, you must also include the following information.)*

My inmate identifying number, if any, is: __01897562__.

I am presently incarcerated in: __Lindsey State Jail Unit__
                                    *Corrections Unit Name*

in: __Jacksboro__   __Jack__   __Texas__   __76458__.
    *City*          *County*          *State*       *Zip Code*

---

**I declare under penalty of perjury that all information in the attached document titled,**

__Request for A 60 Day Extention__, **is true and correct.**
              *Name of Document*

Signed in __Jack__ County, __Texas__,
              *County*               *State*

on this date: __1__ / __11__ / __15__.
           *Month*   *Day*   *Year*

                              *[signature]*
                              *Your Signature*

Pursuant to Texas Civil Practice and Remedies Code Section 132.001, an unsworn declaration may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit required by statute or required by a rule, order, or requirement adopted as provided by law. This provision does not apply to an oath of office or an oath required to be taken before a specified official other than a notary public. An unsworn declaration made under this section must be 1) in writing, 2) signed by the person making the declaration as true under penalty of perjury and 3) in substantially the form used above.